B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Real Mex Restaurants, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): Acapulco Acquisition Corp. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): EIN: 13-4012902 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State:<br>5660 Katella Avenue, Suite 100<br>Cypress, California<br>ZIP CODE 90630 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Orange County, California | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>__Restaurant Business__ | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a<br>☒ Chapter 11       Foreign Main<br>☐ Chapter 12       Proceeding<br>☐ Chapter 13<br>                  ☐ Chapter 15 Petition for<br>                      Recognition of a<br>                      Foreign Nonmain<br>                      Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

#4828-3661-6458

| B1 (Official Form 1) (4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Real Mex Restaurants, Inc. | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location<br>Where Filed: N/A | Case Number:: N/A | Date Filed:: N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See Schedule 1 attached hereto | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

#4828-3661-6458

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Real Mex Restaurants, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtors(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>X _____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ *Laura Davis Jones*<br>Signature of Attorney for Debtor(s)<br>Laura Davis Jones (DE SBN: 2436)  Paul S. Aronzon (CA SBN: 88781)<br>Pachulski Stang Zhiel & Jones LLP  Mark Shinderman (CA SBN: 136644)<br>919 North Market Street, 17th Floor  Haig M. Maghakian (CA SBN: 221954)<br>Wilmington, DE 19899  Milbank, Tweed, Hadley & McCloy LLP<br>Telephone: 302-652-4100  601 South Figueroa St, 30th Floor<br>Facsimile: 302-652-4400  Los Angeles, CA 90017<br>  Telephone: 213-892-4000<br>  Facsimile: 213-629-5063<br><br>10/4, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information n the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Richard P. Dutkiewicz<br>Printed Name of Authorized Individual<br>Chief Financial Officer and Executive Vice President<br>Title of Authorized Individual<br>10/4, 2011<br>Date | _____<br>_____<br>Address<br>X _____<br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SCHEDULE 1

The following entities are concurrently filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court for the District of Delaware.

| Debtor Name | Name of and Relationship to Parent Company |
|---|---|
| Acapulco Mark Corp. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Acapulco Restaurant of Downey, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Acapulco Restaurant of Moreno Valley, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Acapulco Restaurant of Ventura, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Acapulco Restaurant of Westwood, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Acapulco Restaurants, Inc. | Direct subsidiary of Real Mex Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| ALA Design, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Chevys Restaurants, LLC | Direct subsidiary of CKR Acquisition Corp. (100%) - Indirect subsidiary of Parent Company |
| CKR Acquisition Corp. | Direct subsidiary of Real Mex Restaurants, Inc. (100%) – Indirect subsidiary of Parent Company |
| El Paso Cantina, Inc. | Direct subsidiary of Murray Pacific (100%) - Indirect subsidiary of Parent Company |
| El Torito Franchising Company | Direct subsidiary of Real Mex Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| El Torito Restaurants, Inc. | Direct subsidiary of Real Mex Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Murray Pacific | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |

| | |
|---|---|
| Real Mex Foods, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |
| Real Mex Restaurants, Inc. | Direct subsidiary of parent company (100%) - Indirect subsidiary of Parent Company |
| RM Restaurant Holding Corp. | Parent company - 100% owned by various shareholders - Indirect subsidiary of Parent Company |
| TARV, Inc. | Direct subsidiary of Acapulco Restaurants, Inc. (100%) - Indirect subsidiary of Parent Company |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  Real Mex Restaurants, Inc.    ,   )   Case No. 11-____ (__)
           Debtor                     )
                                      )
                                      )
                                      )   Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on June 26, 2011.

    a. Total assets                                              $   272,221,000.00
    b. Total debts (including debts listed in 2.c., below)       $   249,964,000.00

    c. Debt securities held by more than 500 holders:

                                                                              Approximate
                                                                              number of
                                                                              holders:
    secured ☐    unsecured ☐    subordinated ☐    $    0                      0
    secured ☐    unsecured ☐    subordinated ☐    $ _____                  _____
    secured ☐    unsecured ☐    subordinated ☐    $ _____                  _____
    secured ☐    unsecured ☐    subordinated ☐    $ _____                  _____
    secured ☐    unsecured ☐    subordinated ☐    $ _____                  _____

    d. Number of shares of preferred stock          0
    e. Number of shares common stock              1,000
       Comments, if any: _____

3. Brief description of debtor's business:
The debtor operates full service, casual dining Mexican restaurants under the brands El Torito Restaurants, Acapulco Mexican Restaurants, Chevys Fresh Mex Restaurants, Sinigual Restaurants and several additional regional concepts. Our Real Mex Foods division is a foodservice manufacturer and distributor.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Kohlberg Kravis Roberts & Co., Canpartners Investments IV, LLC, Sun Cantinas, LLC and SCSF Cantinas, LLC, affiliates of Sun Capital Partners, Inc., and Cocina Funding Corp., LLC, affiliate of Farallon Capital Management, indirectly, through the parent company RM Restaurant Holding Corp., own, control or hold 5% or more of the voting securities of Real Mex Restaurants, Inc.