IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REAL MEX RESTAURANTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 11-_____ (___)<br><br>(Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS IN REAL MEX RESTAURANTS, INC.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| RM Restaurant Holding Corp. | 5660 Katella Avenue, Suite 100, Cypress, CA 90630 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard P. Dutkiewicz, the undersigned authorized signatory of Real Mex Restaurants, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Date: __10/4__, 2011

Richard P. Dutkiewicz
Chief Financial Officer and
Executive Vice President
Real Mex Restaurants, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' federal tax identification numbers, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and TARV, Inc. (8081). The Debtors' headquarters and mailing address is: 5660 Katella Avenue, Suite 100, Cypress, CA 90630.

#4812-6880-0010