# EXHIBIT A

## Initial Approved Budget

(see attached)

## Real Mex Weekly Cash Flow Forecast

*($ in thousands)*

| | Projected Week Ending | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10/7/2011 | 10/14/2011 | 10/21/2011 | 10/28/2011 | 11/4/2011 | 11/11/2011 | 11/18/2011 | 11/25/2011 | 12/2/2011 |
| *Week in Month:* | *2* | *3* | *4* | *1* | *2* | *3* | *4* | *1* | *2* |
| **Total Receipts:** | $8,372 | $8,260 | $8,197 | $8,132 | $8,132 | $8,243 | $8,181 | $8,245 | $8,245 |
| **Disbursements:** | | | | | | | | | |
| Vendor and Other Payments | ($3,776) | ($3,951) | ($3,951) | ($3,787) | ($3,887) | ($4,012) | ($4,012) | ($4,003) | ($4,003) |
| Payroll and Related | (3,599) | (1,998) | (3,599) | (1,911) | (3,442) | (1,911) | (3,442) | (1,932) | (3,479) |
| Sales Taxes | 0 | (24) | 0 | (3,515) | 0 | (24) | (1,803) | (175) | 0 |
| Rents | 0 | 0 | 0 | 0 | (1,819) | (1,092) | 0 | 0 | (1,869) |
| Capital Expenditures | (208) | (208) | (208) | (208) | (208) | (208) | (208) | (167) | (167) |
| Contingency and Other | (248) | (83) | (248) | (83) | (188) | (83) | (188) | (67) | (67) |
| **Total Operating Disbursements:** | ($7,832) | ($6,265) | ($8,007) | ($9,505) | ($9,545) | ($7,330) | ($9,653) | ($6,343) | ($9,584) |
| **Net Cash Flow From Operations** | $539 | $1,994 | $190 | ($1,373) | ($1,413) | $913 | ($1,472) | $1,902 | ($1,339) |
| **Restructuring Fees:** [1] | (2,138) | 0 | 0 | 0 | 0 | 0 | (1,223) | 0 | 0 |
| **Financing (Disbursements) / Receipts:** | | | | | | | | | |
| Revolver (Paydown) / Borrow | $1,702 | ($1,702) | $0 | $898 | $1,603 | ($913) | $2,695 | ($1,895) | $1,561 |
| Interest Expense | (155) | 0 | 0 | (7) | (125) | 0 | 0 | (7) | (145) |
| Fees | (87) | 0 | 0 | 0 | (65) | 0 | 0 | 0 | (78) |
| **Total Financing (Disbursements) / Receipts:** | $1,460 | ($1,702) | $0 | $891 | $1,413 | ($913) | $2,695 | ($1,902) | $1,339 |
| **Total Disbursements:** | ($10,212) | ($7,967) | ($8,007) | ($9,512) | ($9,735) | ($8,243) | ($10,876) | ($8,245) | ($9,806) |
| **Change in Bank Cash** | ($139) | $293 | $190 | ($482) | $0 | $0 | $0 | $0 | $0 |
| **Ending Bank Cash** | $1,000 | $1,293 | $1,482 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| **Prepetition Revolver Balance** | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $0 | $0 | $0 | $0 |
| **Revolver Borrowed Balance** | $1,702 | $0 | $0 | $898 | $2,501 | $19,088 | $21,782 | $19,887 | $21,449 |
| LC Balance | $19,949 | $19,949 | $19,949 | $19,949 | $19,949 | $19,949 | $19,949 | $19,949 | $19,949 |
| **Aggregate Availability** [2] | $3,098 | $5,093 | $5,282 | $3,902 | $2,299 | $8,712 | $5,871 | $7,766 | $6,204 |

(1) Restructuring fees reflected net of holdbacks
(2) Sum of ending bank cash and revolver availability. Excludes store cash; interim revolver availability capped at $5 million until entry of Final Order approving the DIP facility; revolver availability is net of the Carve-Out and exit financing fee reserves

10/3/2011, 7:11 PM

## Real Mex Weekly Cash Flow Forecast

($ in thousands)

|  | Projected Week Ending | | | | Total Projected Period |
|---|---|---|---|---|---|
|  | 12/9/2011 | 12/16/2011 | 12/23/2011 | 12/30/2011 | 10/3 - 12/30 |
| *Week in Month:* | *3* | *4* | *5* | *1* | |
| **Total Receipts:** | $8,375 | $8,194 | $8,469 | $8,420 | $107,464 |
| **Disbursements:** | | | | | |
|   Vendor and Other Payments | ($4,003) | ($4,003) | ($4,003) | ($4,363) | ($51,753) |
|   Payroll and Related | (1,932) | (3,479) | (1,895) | (3,773) | (36,391) |
|   Sales Taxes | (24) | (2,273) | 0 | (175) | (8,013) |
|   Rents | (1,121) | 0 | 0 | (1,871) | (7,773) |
|   Capital Expenditures | (167) | (167) | (167) | (208) | (2,500) |
|   Contingency and Other | (67) | (67) | (67) | (83) | (1,540) |
| **Total Operating Disbursements:** | ($7,313) | ($9,988) | ($6,131) | ($10,474) | ($107,971) |
| **Net Cash Flow From Operations** | $1,062 | ($1,795) | $2,338 | ($2,055) | ($507) |
| **Restructuring Fees:** [1] | 0 | 0 | (1,183) | 0 | (4,544) |
| **Financing (Disbursements) / Receipts:** | | | | | |
|   Revolver (Paydown) / Borrow | ($1,062) | $1,795 | ($1,155) | $2,062 | $5,588 |
|   Interest Expense | 0 | 0 | 0 | (8) | (447) |
|   Fees | 0 | 0 | 0 | 0 | (230) |
| **Total Financing (Disbursements) / Receipts:** | ($1,062) | $1,795 | ($1,155) | $2,055 | $4,912 |
| **Total Disbursements:** | ($8,375) | ($9,988) | ($8,469) | ($10,482) | ($113,192) |
| **Change in Bank Cash** | $0 | $0 | $0 | $0 | ($139) |
| **Ending Bank Cash** | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| **Prepetition Revolver Balance** | $0 | $0 | $0 | $0 | $0 |
| **Revolver Borrowed Balance** | $20,386 | $22,181 | $21,026 | $23,088 | $23,088 |
| *LC Balance* | *$19,949* | *$19,949* | *$19,949* | *$19,949* | |
| **Aggregate Availability** [2] | $7,267 | $5,472 | $6,480 | $4,418 | |

*(1) Restructuring fees reflected net of holdbacks*
*(2) Sum of ending bank cash and revolver availability. Excludes store cash; interim revolver availability capped at $5 million until entry of Final Order approving the DIP facility; revolver availability is net of the Carve-Out and exit financing fee reserves*

10/3/2011, 7:11 PM