# EXHIBIT C

# LIST OF LEASEHOLD INTERESTS CONFIRMED SUBJECT TO PREPETITION FIRST LIENS

(see attached)

For the property located at **8855 Tampa Avenue, Los Angeles, Los Angeles County, California.**

For the property located at **3113 West Olive Avenue, Burbank, Los Angeles County, California.**

For the property located at **10047 North Metro Parkway, Phoenix, Maricopa County, Arizona.**

For the property located at **34521 Street of the Golden Lantern, Dana Point, Orange County, California.**

For the property located at **1474 North Kraemer, Placentia, Orange County, California.**

For the property located at **388 Vintage Park Drive, Foster City, San Mateo County, California.**

For the property located at **280 Hospitality Lane, San Bernardino, San Bernardino County, California.**

For the property located at **12380 St. Charles Rock Road, Bridgeton, St. Louis, Missouri.**

For the property located at **12796 Manchester Road, Des Peres, St. Louis County, Missouri.**

For the property located at **11185 S. Town Square, Green Park, St. Louis County, Missouri.**

For the property located at **600 Cannery Row, Monterey, Monterey County, California.**

For the property located at **10566 Southeast Washington Street, Portland, Multnomah County, Oregon.**