UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELEAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REAL MEX RESTAURANTS, INC., *et al.*, | ) | Case No. 11-13122(BLS) |
| | ) | |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Pepsi-Cola Fountain Co., Inc.**, Attn: Chad New, 1100 Reynolds Boulevard, Winston-Salem, NC 27105; Phone: (336) 876-5781, Fax: (336) 896-6287.

2. **Brenda Ruiz**, Attn: Peter Kravitz, Kravitz Law Firm, 16830 Ventura Boulevard, #160, Encino, CA 91436, Phone: (310) 974-6351.

3. **Ryder Truck Rental Inc.**, Attn: Kevin P. Saunty, 6000 Windward Parkway, Alpharetta, GA 30005, Phone: (770) 569-6511, Fax: (770) 569-6712.

4. **Wilmington Trust, National Association, as Administrative Agent to the RMR Unsecured Loan**, Attn: Renee Huhl, 50 South Sixth Street, Suite 1290, Minneapolis MN, 55402, Phone: (612) 217-5635, Fax: (612) 217-5651.

5. **Z Capital Special Situations Fund Holdings, L.L.C.**, Attn: Chris Kipley, 150 Field Drive, Suite 300, Lake Forest, IL 60045, Phone: (847) 235-8100, Fax: (847) 235-8111.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: October 14, 2011October 14, 2011

Attorney assigned to these Cases: Tiiara N. A. Patton, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Debtors' Counsel: Mark Shinderman, Esq., Phone: (213) 892-4000, Fax: (213) 629-5063; Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: 302-652-4400

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' federal tax identification numbers, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and TARV, Inc. (8081).