# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| REAL MEX RESTAURANTS, INC., *et al.*,[1] | ) Case No. 11-13122 (BLS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned, jointly administered cases as counsel to the Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al. (the "Committee"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

> James S. Carr
> Eric R. Wilson
> Kristin S. Elliott
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: 212-808-7800
> Fax: 212-808-7897
> e-mail: KDWBankruptcyDepartment@KelleyDrye.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and TARV, Inc. (8081). The Debtors' headquarters are located at, and their and mailing address is: 5660 Katella Avenue, Suite 100, Cypress, CA 90630.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Committee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       October 18, 2011

    KELLEY DRYE & WARREN LLP

    By: */s/ James S. Carr*
    James S. Carr (NY Bar No. JC-1603)
    Eric R. Wilson (NY Bar No. EW-4320)
    Kristin S. Elliott (NY Bar No KE-6069)
    101 Park Avenue
    New York, New York 10178
    Tel: (212) 808-7800
    Fax: (212) 808-7897

    Counsel to the Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., *et al*.