IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> **REAL MEX RESTAURANTS, INC.,** *et al.* <br><br> Debtor | Chapter 11 <br><br> Case No. 11-13122 (BLS) |

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE,** that CA-SANTA MONICA BUSINESS PARK LIMITED PARTNERSHIP, a Delaware limited partnership ("Creditor"), lessor and creditor to the above Debtor, requests that copies of all pleadings, notices, and papers, filed or served in the above-captioned case, be served upon the undersigned as its legal counsel and representative, as follows:

> Chris W. Halling
> Halling + Sokol LLP
> 23586 Calabasas Road, Suite 200
> Calabasas, California 91302
> Office: (818) 222-4994
> Facsimile: (818) 222-4995
> E-Mail:  challing@hallingsokol.com

**PLEASE TAKE FURTHER NOTICE,** that the herein request includes notices and papers referred to in Rules 2002, 9007, and 9010 of the *Federal Rules of Bankruptcy Procedure*, as well as, without limitation, notices of any pleadings, orders, complaints, petitions, motions, applications, requests, demands, hearings, disclosure statements, reply or answering papers, memoranda, and briefs in support of any of the foregoing, and any other document presented to this Court with respect to the above-captioned case or any

1

2

proceeding within this case, whether written or oral, and whether transmitted or conveyed by mail, courier, telephone, facsimile, electronic communication, or otherwise.

The filing of this Notice of Appearance and Request for Notice and Service of Papers, and any action taken pursuant thereto, shall not constitute a waiver, release, or other limitation of the rights of Creditor, or a consent to the jurisdiction or venue of any Court, including, without limitation, the United States Bankruptcy Court for the District of Delaware.

Creditor further requests that the Debtor and the Clerk of the Court place the foregoing name and address on any list of creditors or mailing matrix existing or to be prepared in the above-captioned case.

Dated:  October 18, 2011                                **HALLING + SOKOL LLP**


                                                        By: /s/ Chris W. Halling
                                                            CHRIS W. HALLING
                                                            Attorneys for CA-SANTA
                                                            MONICA BUSINESS PARK
                                                            LIMITED PARTNERSHIP

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice of Appearance and Request for Notice and Service of Papers were served upon the persons shown in the attached Service List, by CM/ECF or if no email provided, via U.S. Mail as indicated, this 18TH day of October, 2011.

*[signature]*
SHANNON MCDONALD

**SERVICE LIST**

| | |
|---|---|
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>USTPREGION03.WL.ECF@USDOJ.GOV | Tobey M. Daluz<br>Ballard Spahr LLP<br>919 Market Street, 12th Floor<br>Wilmington, DE 19801<br>daluzt@ballardspahr.com |
| Laura Davis Jones<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com | Jeffrey Meyers<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>meyers@ballardspahr.com |
| Leslie C. Heilman<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>heilmanl@ballardspahr.com | Jerome Bennett Friedman<br>Friedman Law Group<br>1901 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>jfriedman@jbflawfirm.com |
| David L. Pollack<br>Ballard Spahr Andrews & Ingersoll, LLP<br>51st Fl.-Mellon Bank Ctr.<br>1735 Market St.<br>Philadelphia, PA 19103<br>pollack@ballardspahr.com | Daniel J Ansell<br>Greenberg Traurig LLP<br>200 Park Avenue<br>38th Floor<br>New York, NY 10166<br>anselld@gtlaw.com |
| Joseph H Lemkin<br>Parker Ibrahim & Berg LLC<br>991 Route 22 West<br>Suite 201<br>Bridgewater, NJ 08807<br>joseph.lemkin@piblaw.com | Samuel C. Wisotzkey<br>Kohner, Mann & Kailas<br>Washington Bldg. Barnabas Business Ctr.<br>4650 North Port Washington Rd.<br>Milwaukee, WI 53212-1059<br>swisotzkey@kmksc.com |
| Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825<br>nhotchkiss@trainorfairbrook.com | Kristen N. Pate<br>General Growth Properties, Inc.<br>110 North Wacker Drive<br>Chicago, IL 60606<br>ggpbk@ggp.com |
| Dennis A. Meloro<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>bankruptcydel@gtlaw.com | Peter P Knight<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive<br>Suite 5800<br>Chicago, IL 60606<br>peter.knight@lw.com |

| | |
|---|---|
| Kevin M. Newman<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street<br>Suite 200<br>Syracuse, NY 13204-1439<br>knewman@menterlaw.com | Kimberly Ellen Connolly Lawson<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801-1163<br>klawson@reedsmith.com |
| Kurt F. Gwynne<br>Reed Smith LLP<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com | Christina Maycen Thompson<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>cthompson@cblh.com |
| Matthew L. Warren<br>Latham & Watkins LLP<br>Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(Via U.S. Mail) | Nancy J. Newman, Esq.<br>Hanson, Bridgett, Marcus, Vlahos & Rudy<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>nnewman@hansonbridgett.com |
| Karen C Bifferato<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>kbifferato@cblh.com | Rachel B. Mersky<br>Monzack Mersky McLaughlin & Browder, PA<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>rmersky@monlaw.com |
| Susan E. Kaufman<br>Cooch and Taylor, P.A.<br>1000 West Street<br>10th Floor<br>Wilmington, DE 19801<br>skaufman@coochtaylor.com | James Bentley<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10019<br>james.bentley@srz.com |
| David M. Poitras<br>Jeffer Mangel Butler & Marmoaro LLP<br>1900 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067<br>dpoitras@jmbm.com | David M Hillman<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>david.hillman@srz.com |
| Eva H. Vlachynsky<br>Missouri Dept. of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105<br>deecf@dor.mo.gov | Drew G. Sloan<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>dsloan@rlf.com |

5

288212.1

Adam C. Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
adam.harris@srz.com

Curtis A. Hehn
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801
chehn@pszjlaw.com

Russell C. Silberglied
Richards Layton & FInger
One Rodney Square
PO Box 551
Wilmington, DE 19899
Silberglied@rlf.com

Haig Maghakian
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017
hmaghakian@milbank.com

Joseph D. Frank
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654
jfrank@fgllp.com

Mark Shinderman
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017
mshinderman@milbank.com

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
ljones@pszjlaw.com

Tara E Nauful
Haynsworth Sinkler Boyd, P.A.
Post Office Box 340
Charleston, SC 29402-0340
tnauful@hsblawfirm.com

Fred Neufeld
Millbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017
fneufeld@milbank.com

Matthew E Schernecke
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(Via U.S. Mail)

Ronald Mark Tucker
Simon Property Group, LP
225 West Washington Street
Indianapolis, IN 46204
rtucker@simon.com

Ernie Zachary Park
Bewley, Lassleben & Miller LP
13215 E. Penn St
Suite 510
Whittier, CA 90602-1797
(Via U.S. Mail)

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
bankfilings@ycst.com

Jeffrey C. Hampton
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
jhampton@saul.com

6

288212.1

Wendy S. Walker
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
wwalker@morganlewis.com

Dustin Parker Branch
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
dustin.branch@kattenlaw.com

Mark F. Hebbeln
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
mhebbeln@foley.com

Elizabeth Berke-Dreyfuss
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
edreyfuss@wendel.com

Ilan Markus
LeClairRyan, a Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
(Via U.S. Mail)
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street,
Wilmington, DE 19899
dabbott@mnat.com

Harold L. Kaplan
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654
hkaplan@foley.com

Niclas A. Ferland
LeClairRyan, a Professional Corporatoin
555 Long Wharf Drive
8th Floor
New Haven, CT 06511
niclas.ferland@leclairryan.com

Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
ckunz@morrisjames.com

Lee R. Bogdanoff
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
lbogdanoff@ktbslaw.com

Whitman L. Holt
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
(Via U.S. Mail)

288212.1