**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE:<br><br>**REAL MEX RESTAURANTS, INC., *et al.***<br><br>Debtor | Chapter 11<br><br>Case No. 11-13122 (BLS) |
|---|---|

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE,** that I, Chris Halling, of Halling Sokol + Meza, LLP, 23586 Calabasas Road, Suite 200, Calabasas, CA 91302, challing@hallingsokol.com, counsel for CA-SANTA MONICA BUSINESS PARK LIMITED PARTNERSHIP, a Delaware limited partnership ("Creditor"), lessor and creditor to the above Debtor, request withdrawal and removal from receiving notice via CM/ECF or by mail of all pleadings, notices, and papers, filed or served in the above-captioned case.

Creditor further requests that the Debtor and the Clerk of the Court remove my name, email and address from any list of creditors or mailing matrix existing or to be prepared in the above-captioned case.

Dated: May 16, 2012

**HALLING SOKOL + MEZA LLP**

By: ______________________
CHRIS W. HALLING
Attorney for CA-SANTA MONICA BUISNESS PARK LIMITED PARTNERSHIP



288212.1

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice of Withdrawal of Appearance was served upon the persons shown in the attached Service List, by CM/ECF or if no email provided, via U.S. Mail as indicated, this 16TH day of May, 2012.

SHANNON MCDONALD

**SERVICE LIST**

ELECTRONIC SERVICE

Derek C. Abbott on behalf of Interested Party Z Capital Management, LLC
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com

Elihu Ezekiel Allinson, III on behalf of Creditor San Berdardino Associated Governments
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

James Bentley on behalf of Other Prof. Majority Second Lien Noteholders
james.bentley@srz.com

Elizabeth Berke-Dreyfuss on behalf of Interested Party Wendel, Rosen, Black & Dean, LLP
edreyfuss@wendel.com, pjoakimson@wendel.com

Robert W. Biederman on behalf of Creditor LPF San Jose Retail, Inc.
rbiederman@steyerlaw.com

Karen C Bifferato on behalf of Creditor Inland Southwest Management LLC
kbifferato@cblh.com

Robert W. Bollar on behalf of Creditor Cardlock Fuels System Inc
bollarr@scfuels.com

Dustin Parker Branch on behalf of Creditor The Macerich Company
dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com

Jess R. Bressi on behalf of Creditor Diversified Investment Company
jbressi@ccnlaw.com

Stuart M. Brown on behalf of Creditor MIREF Century, LLC
stuart.brown@dlapiper.com

James S. Carr on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
KDWBankruptcyDepartment@kelleydrye.com

John T. Carroll on behalf of Interested Party Ryder Truck Rental, Inc.
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com

William E. Chipman on behalf of Creditor Del Amo Associates, LLC
chipman@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Tobey M. Daluz on behalf of Creditor Brixmor Properties Group, Inc.
daluzt@ballardspahr.com

Ana Nadia Damonte on behalf of Creditor SRI Nine Main Plaza LLC
adamonte@pillsburywinthrop.com

John D. Demmy on behalf of Interested Party Utilities
jdd@stevenslee.com

Deborah H. Devan on behalf of Creditor Silver Gatehouse, LLC
dhd@nqgrg.com

Karen B. Dine on behalf of Creditor Wilmington Trust, N.A., as Administrative Agent
karen.dine@pillsburylaw.com, karen.dine@pillsburylaw.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Margaret Fleming England on behalf of Creditor Luis De la Cruz
mfe@darbylawllc.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

Brett D. Fallon on behalf of Interested Party Zurich American Insurance Company
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Niclas A. Ferland on behalf of Creditor Westfield, LLC and Certain Affiliates
niclas.ferland@leclairryan.com

Marc C. Forsythe on behalf of Creditor Alpha Beta
kmurphy@goeforlaw.com

Joseph D. Frank on behalf of Creditor PepsiCo Sales, Inc., f/k/a Pepsi-Cola Fountain Company, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Ellen A. Friedman on behalf of Creditor Berber Food Manufacturing, Inc. dba Mi Rancho
efriedman@friedumspring.com

Jerome Bennett Friedman on behalf of Creditor Del Amo Associates, LLC
jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com

Michael B. Fusco on behalf of Creditor Brian Mathews
mfusco@njlawyers.com

Jason E. Goldstein on behalf of Creditor Wells Fargo Bank c/o Buchalter Nemer
bkgroup@buchalter.com

Andrew D. Gottfried on behalf of Creditor Sun Cantinas Finance, LLC
agottfried@morganlweis.com

Karen M. Grivner on behalf of Creditor Wilmington Trust, N.A., as Administrative Agent
kgrivner@thorpreed.com, sambrose@thorpreed.com

Carl L. Grumer on behalf of Creditor Nearon Enterprises
cgrumer@manatt.com

Kurt F. Gwynne on behalf of Creditor General Electric Capital Corporation, as agent
kgwynne@reedsmith.com, llankford@reedsmith.com

Jeffrey C. Hampton on behalf of Creditor U.S. Foodservice, Inc.
jhampton@saul.com, mrand@saul.com

Donna L. Harris on behalf of Creditor Berber Food Manufacturing, Inc. dba Mi Rancho
dharris@phw-law.com

Mark F. Hebbeln on behalf of Successor Trustee US Bank
mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Curtis A. Hehn on behalf of Debtor Real Mex Restaurants, Inc.
chehn@pszjlaw.com

Curtis A. Hehn on behalf of Debtor Real Mex Restaurants, Inc.
chehn@pszyj.com

Leslie C. Heilman on behalf of Creditor Branch Three, LLP
heilmanl@ballardspahr.com

Nancy Hotchkiss on behalf of Creditor Allison Parkway L.P.
nhotchkiss@trainorfairbrook.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

Laura Davis Jones on behalf of Debtor ALA Design, Inc.
ljones@pszjlaw.com, efile1@pszyjw.com

Laura Davis Jones on behalf of Debtor Acapulco Restaurant of Ventura, Inc.
ljones@pszyj.com

Susan E. Kaufman on behalf of Interested Party JCC California Properties LLC, Successor in interest to the landlord of Vintage Oaks, Novato, California

skaufman@coochtaylor.com

John C. Kilgannon on behalf of Creditor AFA Foods
jck@stevenslee.com, jck@stevenslee.com

John P. Kreis on behalf of Creditor Vernon B LLC
jkreis@attglobal.net, j.kreis@ca.rr.com

Carl N. Kunz on behalf of Creditor Young's Market Company
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Kimberly Ellen Connolly Lawson on behalf of Creditor General Electric Capital Corporation, as agent
klawson@reedsmith.com

Joseph H Lemkin on behalf of Interested Party Conopco, Inc.
joseph.lemkin@piblaw.com

David W. Levene on behalf of Creditor The College Block
dwl@lnbrb.com, john@lnbrb.com

Robert W. Mallard on behalf of Successor Trustee US Bank
mallard.robert@dorsey.com

Craig G. Margulies on behalf of Creditor Luis De la Cruz
cmargulies@lm-lawyers.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Patricia P. McGonigle on behalf of Creditor Westfield, LLC and Certain Affiliates
pmcgonigle@svglaw.com, dclack@svglaw.com

Dennis A. Meloro on behalf of Interested Party Dream Team Associates, LLC
bankruptcydel@gtlaw.com,
thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Rachel B. Mersky on behalf of Interested Party Kimco Realty Corporation
rmersky@monlaw.com

Jeffrey Meyers on behalf of Creditor Brixmor Properties Group, Inc.
meyers@ballardspahr.com

Edmon L. Morton on behalf of Creditor Sun Cantinas Finance, LLC
bankfilings@ycst.com

Lucian Borders Murley on behalf of Creditor CBL & Associates Management, Inc.
, lmurley@saul.com;rwarren@saul.com

Kevin M. Newman on behalf of Creditor EklecCo NewCo, LLC
knewman@menterlaw.com

Nancy J. Newman, Esq. on behalf of Interested Party JCC California Properties LLC, Successor in interest to the landlord of Vintage Oaks, Novato, California
nnewman@hansonbridgett.com

Mark D. Olivere on behalf of Creditor Del Amo Associates, LLC
olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

Kristen N. Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com, ggpbk@ggp.com;

Marc J. Phillips on behalf of Creditor Los Angeles County Treasurer and Tax Collector
mphillips@cblh.com

David M. Poitras on behalf of Interested Party Jeffer Mangels Butler & Mitchell LLP
dpoitras@jmbm.com

David L. Pollack on behalf of Creditor Brixmor Properties Group, Inc.
pollack@ballardspahr.com, blunt@ballardspahr.com

Jason Custer Powell on behalf of Creditor Ecolab Inc.
jpowell@ferryjoseph.com

Jennifer Lynn Pruski on behalf of Creditor Allison Parkway L.P.
jpruski@trainorfairbrook.com

Patrick J. Reilley on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;y
dalton@coleschotz.com

Catherine Scholmann Robertson on behalf of Creditor Catherine Robertson AAC Funding IV (Successor Landlord to Jim Joseph under Lease Dated July 7,1970)
crobertson@pahl-gosselin.com, tmeek@pahl-gosselin.com

Martha E. Romero on behalf of Creditor San Bernardino County, California
romero@dslextreme.com

Maria Aprile Sawczuk on behalf of Creditor AFA Foods
masa@stevenslee.com

Mark C. Schnitzer on behalf of Creditor Hospitality LLC
mschnitzer@rhlaw.com

Patrick H. Sherwood on behalf of Creditor Douglas Emmett 1996, LLC
psherwood@sherwood-hardgrove.com, tsasaki@sherwood-hardgrove.com

Russell C. Silberglied on behalf of Other Prof. Majority Second Lien Noteholders
Silberglied@rlf.com, rbgroup@rlf.com

Michael D. Sirota on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
msirota@coleschotz.com

Ellen W. Slights on behalf of Creditor United States/USAO
usade.ecfbankruptcy@usdoj.gov

Drew G. Sloan on behalf of Other Prof. Majority Second Lien Noteholders
dsloan@rlf.com, rbgroup@rlf.com

J. Kate Stickles on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;y
dalton@coleschotz.com

Matthew Summers on behalf of Creditor Brixmor Properties Group, Inc.
summersm@ballardspahr.com

Christina Maycen Thompson on behalf of Creditor Inland Southwest Management LLC
cthompson@cblh.com

James A Tiemstra on behalf of Creditor Anthony Jew
jat@tiemlaw.com, sml@tiemlaw.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, bankruptcy@simon.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Eva H. Vlachynsky on behalf of Creditor MISSOURI DEPARTMENT OF REVENUE
deecf@dor.mo.gov

Wendy S. Walker on behalf of Creditor Sun Cantinas Finance, LLC
wwalker@morganlewis.com

Eric R. Wilson on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
KDWBankruptcyDepartment@kelleydrye.com

Samuel C. Wisotzkey on behalf of Creditor Ecolab Inc.
swisotzkey@kmksc.com, kmksc@kmksc.com

Henry S. Wulf on behalf of Creditor TCAM Core Property Fund Operating, LP
hwulf@carltonfields.com, kvickers@carltonfields.com;wpbecf@carltonfields.com

SERVICE BY MAIL

Jason R. Adams on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
Kelley drye & Warren LLP
101 Park Avenue
New York, NY 10178

Margaret M. Anderson on behalf of Interested Party Zurich American Insurance Company
Fox Hefter Swiber, et al
200 West Madison, Suite 3000
Chicago, IL 60606

Daniel J Ansell on behalf of Interested Party Dream Team Associates, LLC
Greenberg Traurig LLP
200 Park Avenue
38th Floor
New York, NY 10166

Leanne Barbat on behalf of Interested Party The Old California Partnership LP
Kimball, Tirey & St. John LLP
7676 Hazard Center Drive
Suite 900
San Diego, CA 92108

Joshua A. Berman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Glenn A Besnyl on behalf of Creditor National Commercial Recovery Inc
750 N. Diamond Bar Blvd.
Suite 104
Diamond Bar, CA 91765

Lee R. Bogdanoff on behalf of Interested Party Z Capital Management, LLC
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

Ronald K. Brown on behalf of Creditor K&G/El Paseo II, LLC
Law Office of Ronald K. Brown, Jr.
901 Dove Street

Suite 120
Newport Beach, CA 92660

Barbara Carlyle
11 Fairway Lane
Pleasanton, CA 94566

Chase Paymentech Solutions, LLC
Attention: Lazonia Clark
14221 Dallas Pkwy. Bldg II
Dallas, TX 75254-2942

City of Roseville California
,

DJM Realty Services, LLC
,

Elizabeth Diamante DiSabatino
1044 North Van Ness Avenue
Fresno, CA 93728

Duke Marketing LLC
c/o Michael Fagen, COO
4040 Civic Center Drive
Suite 200
San Rafael, CA 94903

Dunbar Armored
c/o Kathy Childress
P.O. Box 333
Baltimore, MD 21203

Kristin S. Elliott on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Ernst & Young LLP
,

J. Bennett Friedman on behalf of Creditor Del Amo Associates, LLC
Friedman Law Group P.C.
1901 Avenue of the Stairs
Suite 1700
Los Angeles, CA 90067

Barry S Glaser on behalf of Creditor Los Angeles County Treasurer and Tax Collector

Steckbauer Weinhart Jaffe, LLP
333 South Hope Street
36th Floor
Los Angeles, CA 90071

Grant Thornton LLP

,

Jonathan Gura on behalf of Creditor Lily Apartments LLC
Susi & Gura
7 West Figueroa Street
Second Floor
Santa Barbara, CA 93101

Adam C. Harris on behalf of Other Prof. Majority Second Lien Noteholders
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

David M Hillman on behalf of Other Prof. Majority Second Lien Noteholders
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Whitman L. Holt on behalf of Interested Party Z Capital Management, LLC
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

Imperial Capital, LLC
Johnson Associates, Inc.

Harold L. Kaplan on behalf of Successor Trustee US Bank
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654

Thomas B. Kinzler on behalf of Creditor Committee Official Committee of Unsecured Creditors of Real Mex Restaurants, Inc., et al.
Kelley Drye & Warren
101 Park Ave
New York, NY 10178

Peter P Knight on behalf of Creditor General Electric Capital Corporation, as agent
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800

Chicago, IL 60606

Robert J. Liubicic on behalf of Debtor Real Mex Restaurants, Inc.
Milbank, Tweed, Hadley & McCloy LLP
601 South Rigueroa Street, 30th Floor
Los Angeles, CA 90017

Haig Maghakian on behalf of Debtor Real Mex Restaurants, Inc.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017

Majority Noteholders

Ilan Markus on behalf of Creditor Westfield, LLC and Certain Affiliates
LeClairRyan, a Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

Marsh USA Inc
Marsh & McLennan Legal Department
Attn: Sean F. Gray
1166 Avenue of the Americas
New York, NY 10036

McKinley Equipment Corporation
c/o Kevin Rusin
17611 Armstrong Avenue
Irvine, CA 92614

Michael Foods Inc.
401 Carlson Parkway
Minnetonka, MN 55305

Milbank, Tweed, Hadley & McCloy LLP

M. David Minnick on behalf of Creditor SRI Nine Main Plaza LLC
Pillsbury Winthrop LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880

Christopher P Moen on behalf of Creditor New York State Department of Taxation & Finance
77 Broadway
Suite 112
Buffalo, NY 14203

Daniel J. Moore on behalf of Creditor Jani-King of California Inc
16885 Dallas Parkway
Addison, TX 75001

Keith P. More on behalf of Interested Party Dylan Grossgold
Berman More Gonzalez
2677 N. Main St., Suite 225
Santa Ana, CA 92705

Tara E Nauful on behalf of Interested Party Sonoco Stancap/Rixie
Haynsworth Sinkler Boyd, P.A.
Post Office Box 340
Charleston, SC 29402-0340

Fred Neufeld on behalf of Debtor Real Mex Restaurants, Inc.
Millbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017

Pachulski Stang Ziehl & Jones LLP

Ernie Zachary Park on behalf of Creditor The Irvine Company LLC, a Delaware Limited Liability Company
Bewley, Lassleben & Miller LP
13215 E. Penn St
Suite 510
Whittier, CA 90602-1797

RM Opco LLC

Richards, Layton & Finger, P.A.

Julie H. Rome-Banks on behalf of Creditor Premier Properties
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Luis Salazar
Infante Zumpanoh
500 S. Dixie Highway, Ste. 302
Coral Gables, FL 33146

Matthew E Schernecke on behalf of Creditor Sun Cantinas Finance, LLC
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Sandra Schirmang on behalf of Creditor Kraft Foods, Inc.

Kraft Foods Inc
3 Lakes Drive
Northfield, IL 60093

Schulte Roth & Zabel LLP

Mark Shinderman on behalf of Debtor Real Mex Restaurants, Inc.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017

Sierra Liquidity Fund, LLC

Sonar Credit Partners II, LLC
200 Business Park Drive
Suite 201
Armonk, NY 10504

Sonar Credit Partners, LLC
200 Business Park Drive
Suite 201
Armonk, NY 10504

Southern Wine & Spirits of Southern California
17101 Valley View Avenue
Cerritos, CA 90703

Tannor Partners Credit Fund LP
150 Grand Street, Suite 401
White Plains, NY 10601

Tennenbaum Capital Partners

Paul E. Van Hoomissen on behalf of Interested Party Much Shelist Denenberg Ament & Rubenstein PC
2 Park Plaza
Suite 1075
Irvine, CA 92614

Delilah Vinzon on behalf of Debtor Real Mex Restaurants, Inc.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Matthew L. Warren on behalf of Creditor General Electric Capital Corporation, as agent
Latham & Watkins LLP
Suite 5800
233 South Wacker Drive

Chicago, IL 60606